Kevin M. Zietz, Esq.,   SBN 186244
LAW OFFICES OF KEVIN M. ZIETZ, PC
16055 Ventura Blvd., Suite 432
Encino, California 91436
email: kevin@zietzlaw.com
(818) 981-9200; Fax (818) 981-9201

NOTE CHANGES MADE BY THE COURT

E-FILED 04/04/13
JS-6

**Attorneys for Plaintiff**
**BETTY NOUJAIM**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY NOUJAIM,<br><br>             Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; TRANSAMERICA CORPORATION DISABILITY PLAN; and DOES 1 TO 10, Inclusive,<br><br>             Defendants. | CASE NO.: CV 12-3431 PSG (MANx)<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE ;** ORDER<br><br>[Pursuant to F.R.C.P. 41(a)(1)] |

    IT IS HEREBY STIPULATED by and between Plaintiff Betty Noujaim and Defendant Life Insurance Company of North America that this action be dismissed without prejudice, in its entirety, with each party to bear their own attorneys' fees and costs.


**DATED:      April 2, 2013**          LAW OFFICES OF KEVIN M. ZIETZ, PC

                                        By: *s/Kevin M. Zietz*
                                             KEVIN M. ZIETZ
                                             Attorney for Plaintiff
                                             BETTY NOUJAIM

1

**STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE**

1 | DATED:      April 2, 2013              **BURKE, WILLIAMS & SORENSEN, LLP**

**By:** *s/Daniel W. Maguire*
DANIEL W. MAGUIRE
Attorney for Defendant
Life Insurance Company of North America

**IT IS SO ORDERED.**

DATED: __04/04/13__

_____
**U.S. DISTRICT JUDGE**

2

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**